# United States Court of Appeals
## For the First Circuit

No. 02-1007

UNITED STATES OF AMERICA,

Appellee,

v.

ROBERT J. ADAMS,

Defendant, Appellant.

**ERRATA**

The opinion of this court issued on September 20, 2002 should be amended as follows:

On page 12, line 7, replace the word "instruction" with the words "government's comment".